# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; WARNER BROS. RECORDS, INC.; BMG MUSIC,<br><br>  Plaintiffs,<br><br>vs.<br><br>KEITH ARMSTRONG,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CV 06-B-0774-S<br>)<br>)<br>)<br>)<br>)<br>) |

## FINDINGS AND CONCLUSIONS

This case is before the court on plaintiffs' Application for Entry of Default Judgment and supporting Declaration, (doc. 6),[1] in favor of plaintiffs and against defendant Keith Armstrong. Pursuant to Rule 55, Federal Rules of Civil Procedure, the court makes the following findings and conclusions:

   1. Plaintiffs properly served the Summons and Complaint upon defendant Armstrong on August 24, 2006. To date, defendant has failed to appear, plead, or otherwise defend.

   2. The Declaration of Tyrell Jordan, plaintiffs' counsel, states, upon information and belief, that defendant is not an infant or incompetent, and he is not in the military. (Doc. 6, Att. ¶ 5.)

---

   [1]Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.

3. In their well-pleaded Complaint, plaintiffs allege that defendant infringed upon their copyrights to six recordings. Because defendant has failed to defend against these allegations and is in default, the court finds that he has admitted such facts and his liability for six copyright infringements is established. *See Nishimatsu Const. Co., Ltd. v. Houston Nat. Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975), *cited in Cotton v. Massachusetts Mut. Life Ins. Co.*, 402 F.3d 1267, 1278 (11th Cir. 2005).

4. Plaintiffs have elected to recover the minimum statutory damages, which is $750.00, for each of the six copyright infringements for a total sum of $4,500.00. A judgment in favor of plaintiffs and against defendant for the sum of $4,500.00 will be entered contemporaneously with these Findings and Conclusions.

5. Plaintiffs have established their right to a permanent injunction. An Order enjoining defendant from further violating plaintiffs' copyrights will be entered contemporaneously with these Findings and Conclusions.

The Clerk of the Court is **DIRECTED** to serve defendant with a copy of these Findings and Conclusions at the following address:

>   Keith Armstrong
>   3290 Warringwood Drive, Apt. B
>   Birmingham, Alabama  35216

**DONE**, this the 8th day of March, 2007.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE